Case 1:17-cv-00101   Document 11   Filed on 09/01/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § <br> *Plaintiff,* § <br> v. § <br> § <br> CAROJ, L.L.C., individually, § <br> d/b/a/ LA LEYENDA, ET AL., § <br> *Defendants.* § <br> § | CIVIL ACTION NO. 17-CV-101 |

**ORDER GRANTING ENTRY OF DEFAULT**

On May 2, 2017, the Plaintiff, J&J Sports Productions, Inc., filed a complaint against Defendants, Caroj L.L.C. ("Caroj") and Patricia Mar ("Mar"), alleging violations of federal satellite and cable piracy law. 47 U.S.C. §§ 553, 605; [Doc. No. 1]. Caroj was served with a copy of the summons and complaint on June 15, 2017. [Doc. No. 5]. Mar was also served with a copy of the summons and complaint on June 15, 2017. [Doc. No. 6]. Both Defendants have made no complaints concerning the adequacy of service.

Defendants had 21 days in which to file a responsive pleading to the complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). Both Defendants have failed to file any pleadings or otherwise appear to defend themselves. On August 3, 2017, the Plaintiff filed for entry of default against the Defendants. [Doc. No. 9].

An entry of default is separate and distinct from the entry of a default judgment. *Nishimatsu Const. Co., Ltd. v. Hous. Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975). An entry of default is an entry by the District Clerk which establishes that the defendant has failed to plead or otherwise respond to the complaint. *New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996). After an entry of default, the plaintiff's well-pleaded factual allegations are taken as

true, except regarding damages. *U.S. for the Use of M-Co Constr., Inc. v. Shipco Gen., Inc.,* 814 F.2d 1011, 1014 (5th Cir.1987) (internal citations omitted).

Since Defendants have failed to file an answer or otherwise file a responsive pleading in this case, the District Clerk's office is ordered to make an entry of default against Defendants, Caroj and Mar.

Signed this 1st day of September, 2017.

                                                      Andrew S. Hanen
                                                     United States District Judge